IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00077–EWN–KLM

PAMELA L. MCPHILLIPS,

    Plaintiff,

v.

NORMAN MINETA, Secretary,
Department of Transportation,

    Defendant.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed January 23, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Defendant's Motion for Summary Judgment (#19, filed July 2, 2007) is GRANTED.

DATED this 29th day of February, 2008.

                      BY THE COURT:

                      <u>s/ Edward W. Nottingham</u>
                      EDWARD W. NOTTINGHAM
                      Chief United States District Judge